# United States Bankruptcy Court
## Northern District of Georgia

1340 U.S. COURTHOUSE
75 SPRING STREET S.W.
ATLANTA, GEORGIA 30303

**M. REGINA THOMAS**
CLERK OF COURT

**GARY J. DRAKE**
CHIEF DEPUTY CLERK

June 4, 2010

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

Roderick H. Martin
Roderick H. Martin & Associates, P.C.
279 Washington Avenue
Marietta, GA 30060

JUN 0 7 2010

M. Regina Thomas, Clerk
By: _____
Deputy Clerk

Reference: Application for Payment of Unclaimed Funds
Case No: 04-80953
Debtor: Conrad Vincent Gardner
Creditor: Family Support Registry successor-in-interest to Maximus Child Support SVS

Dear Mr. Martin:

Reference is made to your Application for Payment of Unclaimed Funds in the amount of $4,143.06 for creditor Family Support Registry.

Please provide legal documentation showing the relationship between Family Support Registry and Maximus Child Support SVS and a Proposed Order for Payment of Unclaimed Funds.

We will continue to process your Application upon receipt of the above mentioned information. Please feel free to contact Jessica Laney, Financial Specialist, at (404)215-1083 if we can be of further assistance.

Sincerely,

Gary J. Drake
Chief Deputy Clerk